■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER WALKER, Appellant. [54 NYS3d 282]—Judgments, Supreme Court, New York County (Michael J. Obus, J. at pleas; Bonnie G. Wittner, J. at sentencing), rendered May 21, 2015, convicting defendant of criminal sale of a firearm in the first degree (two counts), criminal possession of a weapon in the first degree and conspiracy in the fourth degree, and sentencing him to an aggregate term of 20 years, unanimously affirmed.

Defendant's challenges to his plea are unpreserved (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review them in the interest of justice. As an alternative holding, we find that the record as a whole demonstrates that defendant's plea was knowing, intelligent, and voluntary, notwithstanding any deficiencies in the plea colloquy, including the lack of an express waiver of the right to remain silent (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Velez*, 138 AD3d 418 [1st Dept 2016], *lv denied* 27 NY3d 1140 [2016]).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.